

**FILED**

SEP 3 0 2019

Clerk, U.S. District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15–33–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHIH CHIAO LIU, | |
| Defendant. | |

Before the Court is Defendant's Motion to Dismiss the Indictment Without Prejudice.   (Doc. 5.)   Good cause appears to support the motion.   The United States represents that dismissal is necessary to afford it "an opportunity to re-evaluate the continuing federal interest in this prosecution, and the nature and quality of the evidence."   Its motion is unopposed insofar as Defendant Chih Chiao Liu's whereabouts are unknown, and he is unrepresented by counsel.   (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 5) is GRANTED. The indictment in the above-captioned matter is DISMISSED without prejudice and the corresponding arrest warrant is QUASHED.

-1-

DATED this _30th_ day of September, 2019.

Dana L. Christensen, Chief Judge
United States District Court